

## COURT OF APPEALS
## EIGHTH DISTRICT OF TEXAS
## EL PASO, TEXAS

|  |  |  |
|---|---|---|
| ROSA MARIA ARZATE, | § | No. 08-18-00018-CV |
| Appellant, | § | Appeal from |
| v. | § | 243rd District Court |
| MATTHEW MANUEL ANDUJO AND JUAN MIGUEL TORRES, | § | of El Paso County, Texas |
| Appellees. | § | (TC # 2017DCV0567) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was error in the judgment. We therefore reverse the judgment of the court below and remand the cause for further proceedings, in accordance with this Court's opinion. We further order that Appellant recover from Appellees all costs of this appeal, for which let execution issue, and this decision be certified below for observance.

IT IS SO ORDERED THIS 30TH DAY OF APRIL, 2019.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Palafox, JJ.